**No. 11-6635. Riccardo Tolliver, Petitioner v. United States.**

565 U.S. 993, 132 S. Ct. 537, 181 L. Ed. 2d 376, 2011 U.S. LEXIS 7685.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 427 Fed. Appx. 448.